UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| HYDEL OVERSEAS (SHANGHAI) LTD. | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | (ADMIRALTY) |
| CHIAN SPIRIT MARITIME ENTERPRISES INC; | ) | |
| and SIXTEEN THIRTEEN MARINE S.A. | ) | |
| | ) | |
| Defendants | ) | |

## ORIGINAL VERIFIED COMPLAINT

Plaintiff HYDEL OVERSEAS (SHANGHAI) LTD, by its undersigned counsel, as and for its verified Complaint against the Defendants CHIAN SPIRIT MARITIME ENTERPRISES, INC. and SIXTEEN THIRTEEN MARINE S.A., avers and pleads as follows:

### I. JURISDICTION, VENUE AND PARTIES

1. This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure in that it involves claims for the breach of maritime contracts – *i.e.* contracts for the supply and repair of a vessel. This case also falls under this Court's admiralty and maritime jurisdiction pursuant to 28 U.S.C. § 1333, and is brought under the provision of Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims.

2. At all times material hereto, Plaintiff was and still is a foreign business entity duly organized and existing under the laws of the Peoples Republic of China

1

3.	At all times material hereto, Defendant CHIAN SPIRIT MARITIME ENTERPRISES INC. (hereinafter "CHIAN") is a business incorporated under the laws of a foreign country with a place of business in Piraeus Greece at 126 Kolokotroni street, and is the manager of the motor vessel NICHOLAS M.

4.	At all times material hereto, Defendant SIXTEEN THIRTEEN MARINE S.A. (hereinafter "SIXTEEN") is a business incorporated under the laws of a foreign country with a place of business in Piraeus Greece at 126 Kolokotroni street, and is the registered owner of the motor vessel NICHOLAS M. a cargo vessel registered under the flag of St. Vincent and Grenadines with IMO number 7433452 and call sign J8B2680.

5.	The jurisdiction of this Honorable Court is founded on the presence within the District of an asset of the Defendants that may be attached by process of maritime attachment and garnishment under the provisions of Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims, as pled in Section III of this Verified Complaint.

## II   THE SUBSTANTIVE CLAIMS

6.	Plaintiff is in the business of providing marine engineering services and high pressure hydraulics, automation and technology equipment to the marine shipping industry, and operates in Shanghai, China.

7.	Towards the end of August 2008, while the NICHOLAS M was undergoing extensive repairs at a Chinese shipyard, Defendants CHIAN and SIXTEEN ordered from Plaintiff necessaries for the NICHOLAS M, which were essential for the functioning and operation of the vessel, to wit: the supply of certain new hydraulic cylinders and the reconditioning of a number of hydraulic cylinders, all of which are

essential ship's equipment for the opening and closing of the hatch covers of the NICHOLAS M. *See Declaration of Christos Skaltsaris hereto attached, at paragraph 8.*

8. Plaintiff accepted the order of the said Defendants who undertook to abide by the agreed payment terms. *See Declaration of Christos Skaltsaris hereto attached, at paragraph 9.*

9. Plaintiff provided the new and reconditioned hydraulic cylinders and had same delivered and put onboard the NICHOLAS M and, issued its invoice with reference 001/09, dated October 27, 2008, for the total amount of EURO 36,850.00. *See Declaration of Christos Skaltsaris hereto attached, at paragraph 10.*

10. In breach of the agreed payment terms, CHIAN and SIXTEEN failed to pay the full invoice value and left an unpaid balance of EURO 17,394.71.

11. Plaintiff has repeatedly asked CHIAN and SIXTEEN to pay the outstanding balance but they have entirely ignored Plaintiff's demands and failed to do so.

### III. APPLICATION FOR ATTACHMENT UNDER SUPPLEMENTAL ADMIRALTY RULE B

12. None of the Defendants are present or can be found in the District within the meaning of Rule B of the Supplemental Rules for Certain Admiralty and Maritime Law Claims but one of the Defendants' assets is present in the District, to wit: the M/V NICHOLAS M, of which Defendant SIXTEEN is the registered owner, is at this time in the Port of New Orleans.

13. Plaintiffs have maritime claims against the Defendants CHIAN and SIXTEEN arising out of maritime contracts i.e. the contracts for the supply and repair of the hydraulic cylinders of the vessel NICHOLAS M.

WHEREFORE PREMISES CONSIDERED, Plaintiff prays as follows:

1. That process in due form of law, according to the practice of this Honorable Court in matters of admiralty and maritime jurisdiction issue against Defendants and said Defendants be cited to appear and answer the allegations of this Complaint;

2. That if Defendants cannot be found within this district, then all of their respective property within this district including the M/V NICHOLAS M which is currently in the charge of her master, be attached and seized pursuant to Supplemental Admiralty Rule B for Certain Admiralty and Maritime Claims;

3. That a judgment be entered against the Defendants in the sum of $ 23,831 – which is the current exchange equivalent for the amount of EUR 17,394.71 owed by Defendants to Plaintiff together with interest and cost and the M/V NICHOLAS M be condemned and sold for the said amount together with reasonable attorney fees and costs;

4. That the Court grant such other and further relief as it deems, just, equitable and proper.

Date: November 17, 2010

                                          Respectfully Submitted,

/s/George A. Gaitas
George A. Gaitas
Louisiana State Bar No.05879
Chalos & Co, P.C.
675 Bering Dr., Ste. 275
Houston, Texas 77057
Telephone: 713-936-2427
Facsimile: 713-782-5274
Attorney for Plaintiffs

/s/ James H. Roussel
James H. Roussel
Louisiana State Bar No. 11496
Baker, Donelson, Bearman, Caldwell &
Berkowitz, PC
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170-3600
Telephone: 504-566-5278
Fax: 504-636-3978

/s/ Christopher M. Hannan
Christopher M. Hannan
Louisiana State Bar No. 31765
Baker, Donelson, Bearman, Caldwell &
Berkowitz, PC
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170-3600
Telephone: 504-566-8612
Fax: 504-585-6912

## VERIFICATION

I Christos Skaltsaris pursuant to Section 1746 of Title 28 of the United States Code, hereby declare and say the following under penalty of perjury:

1. I am the lawful representative of the above captioned Plaintiffs and I am duly authorized to make this Declaration on their behalf.

2. I have read the above and foregoing Original Verified Complaint and the allegations contained therein are true and correct to the best of my knowledge, information, and belief.

Signed in Shanghai, People's republic of China, November 17, 2010

_____
Christos Skaltsaris